IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 99-0734-PHX-RGS |
| Plaintiff/Respondent, | CV 05-0945-PHX-RGS (ECV) |
| vs. | **ORDER** |
| Carlos Garcia-Mesa, | |
| Defendant/Movant. | |

Pending before the court are Movant's Motion for Trial Transcript Without Prepayment (Doc. #535), Motion for Enlargement of Time (Doc. #555), Motion for Status (Doc. #563) and Motion for Reconsideration (Doc. #569).

**A.     Motion for Trial Transcripts**

Movant asks that he be provided copies of the trial transcripts so he can more effectively present the issues raised in his motion to vacate under § 2255. He contends that he has no income and no means to obtain copies of the transcripts.

Filed concurrently with this order, the court has issued a Report and Recommendation that recommends dismissal of the motion to vacate. The court concludes that Movant failed

1 to file the motion to vacate within the statute of limitations period.  The court therefore does
2 not reach the merits of Movant's claims.  In light of the court's findings in the Report and
3 Recommendation, granting Movant's request for trial transcripts would be futile.  The
4 transcripts will do nothing to help Movant avoid a statute of limitations violation.
5 Accordingly, Movant's motion for transcripts will be denied.

**B.     Motion for Enlargement of Time**

7 Before filing his reply (Doc. #557) in support of his motion to vacate, Movant filed
8 a motion seeking an extension of time to file it.  He then filed the reply ten days later.  The
9 government has not opposed the motion for an extension.  The court considered the reply in
10 preparing its Report and Recommendation.  The motion for additional time will therefore be
11 granted *nunc pro tunc*.

**C.     Motion for Status**

13 Movant has filed a motion asking about the status and disposition of his motion to
14 vacate.  The Report and Recommendation filed concurrently with this order provides that
15 information.  Accordingly, the motion for status will be denied as moot.

**D.     Motion for Reconsideration**

17 Movant seeks reconsideration of a motion he claims to have filed that was denied by
18 the court.  He states that he never received notice of the denial of the motion, which he says
19 was titled "Petition to stay the proceedings."  Upon review of the docket and the court file,
20 the court can find no motion filed by Movant bearing that title or a similar title.  Accordingly,
21 the motion will be denied as moot.

**IT IS THEREFORE ORDERED:**

23 That Movant's Motion for Trial Transcript Without Prepayment (Doc. #535) is
24 **denied;**

25 That Movant's Motion for Enlargement of Time (Doc. #555) is **granted** *nunc pro*
26 *tunc*;

27 ///

1    That Movant's Motion for Status (Doc. #563) and Motion for Reconsideration (Doc.
2    #569) are **denied as moot.**
3    DATED this 30th day of March, 2006.

_____
Edward C. Voss
United States Magistrate Judge